IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PORTLAND GENERAL ELECTRIC COMPANY; AVISTA CORPORATION; PACIFICORP; and PUGET SOUND ENERGY, INC.,<br><br>Plaintiffs,<br><br>vs.<br><br>NORTHWESTERN CORPORATION; TALEN MONTANA, LLC; AUSTIN KNUDSEN, in his official capacity as Attorney General for the State of Montana,<br><br>Defendants. | CV 21-47-BLG-SPW-KLD<br><br>**ORDER** |

Plaintiff Puget Sound Energy, Inc. moves for the admission of Harry H. Schneider and Gregory F. Miller to practice before this Court in this case with Charles E. Hansberry to act as local counsel. (Docs. 41, 42.)  Mr. Schneider and Mr. Miller's applications appear to be in order.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions to admit Mr. Schneider and Mr. Miller pro hac vice are GRANTED on the condition that Mr. Schneider and Mr. Miller shall do their own work.  This means that Mr. Schneider and Mr. Miller must do their own writing, sign their own pleadings, motions, and briefs, and appear and participate personally.  Counsel shall take

steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Schneider and Mr. Miller, within fifteen (15) days of the date of this Order, files a pleading acknowledging their admission under the terms set forth above.

**All Plaintiffs in this case are advised that the Court will not entertain any additional pro hac vice applications submitted on behalf of Plaintiffs absent a showing of exceptional circumstances.**

DATED this 3rd day of June, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge