IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PORTLAND GENERAL ELECTRIC COMPANY; AVISTA CORPORATION; PACIFICORP; and PUGET SOUND ENERGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NORTHWESTERN CORPORATION; TALEN MONTANA, LLC; AUSTIN KNUDSEN, in his official capacity as Attorney General for the State of Montana, <br><br> Defendants. | CV 21-47-BLG-SPW-KLD <br><br> ORDER |

Pursuant to the Plaintiffs Portland General Electric Company, Avista Corporation, PacifiCorp, and Puget Sound Energy, Inc. and Defendant NorthWestern Corporation's ("NorthWestern") Stipulation to Extend Defendant NorthWestern Corporation's Response to Plaintiffs' Preliminary Injunction (Doc. 51), and for good cause appearing,

IT IS HEREBY ORDERED that Defendant NorthWestern Corporation is granted an extension of time through **June 17, 2021** to file its response to Plaintiffs' Motion for Preliminary Injunction (Doc. 37).

1

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 9th day of June, 2021.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge