IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PORTLAND GENERAL ELECTRIC COMPANY; AVISTA CORPORATION; PACIFICORP; and PUGET SOUND ENERGY, INC., <br><br>Plaintiffs, <br><br>vs. <br><br>NORTHWESTERN CORPORATION; and TALEN MONTANA, LLC, <br><br>Defendants. | CV 21-47-BLG-SPW-KLD <br><br>**ORDER** |

Defendant Talen Montana, LLC moves for the admission of Alexander P. Frawley to practice before this Court in this case with Robert Sterup to act as local counsel. (Doc. 79.) Mr. Frawley's application appears to be in order.

Accordingly, IT IS HEREBY ORDERED that Defendant's motion to admit Alexander P. Frawley pro hac vice is GRANTED on the condition that Mr. Frawley shall do his own work. This means that Mr. Frawley must do his own writing, sign his own pleadings, motions, and briefs, and appear and participate personally. Counsel shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Mr. Frawley, within fifteen (15) days of the date of this Order, files a pleading acknowledging his admission under the terms set forth above. Defendant is further advised that the Court will not consider any additional pro hac vice applications absent compelling reasons.

DATED this 2nd day of August, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge