IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PORTLAND GENERAL ELECTRIC COMPANY; AVISTA CORPORATION; PACIFICORP; and PUGET SOUND ENERGY, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> NORTHWESTERN CORPORATION; TALEN MONTANA, LLC; AUSTIN KNUDSEN, in his official capacity as Attorney General for the State of Montana, <br><br> Defendants. | CV 21-47-BLG-SPW <br><br> CV 21-58-BLG-SPW <br><br><br><br><br> ORDER STAYING MOTION |
| TALEN MONTANA, LLC, <br> Plaintiff, <br><br> vs. <br><br> AVISTA CORPORATION; NORTHWESTERN CORPORATION; PACIFICORP; PORTLAND GENERAL ELECTRIC COMPANY; and PUGET SOUND ENERGY, INC., <br><br> Defendants. | |

1

Before the Court is Portland General Electric Company, Avista Corporation, Pacificorp, and Puget Sound Energy, Inc. (collectively "PNW Owners") motion to consolidate the above-named cases. (Doc. 44 and 19, respectively). The Court has determined that the motion shall be held in abeyance pending the resolution of the Motion to Remand in CV 21-58-BLG-SPW-TJC. (Doc. 24). The Court has determined that a stay is appropriate—if the motion for remand is granted, the motion for consolidation will be rendered moot.

DATED this 21st day of October 2021.

SUSAN P. WATTERS
United States District Judge