IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PORTLAND GENERAL ELECTRIC COMPANY; AVISTA CORPORATION; PACIFICORP; and PUGET SOUND ENERGY, INC., | CV 21-47-BLG-SPW-KLD |
| Plaintiffs, | ORDER |
| vs. | |
| NORTHWESTERN CORPORATION; TALEN MONTANA, LLC; AUSTIN KNUDSEN, in his official capacity as Attorney General for the State of Montana, | |
| Defendants. | |

Defendant NorthWestern Corporation has filed a Stipulation and Order (Doc. 111) which the Court construes as an unopposed motion for an extension of time to respond to Plaintiffs' Motion for Partial Summary Judgment.[1] Accordingly,

IT IS ORDERED that NorthWestern's motion (Doc. 111) is GRANTED.

---

[1] Pursuant to Local Rule 7.1(a), a written request that the Court take a particular action, such as extending a briefing deadline, should be filed as a motion rather than a stipulation.

NorthWestern shall have until December 3, 2021, to respond to Plaintiffs' Motion for Partial Summary Judgment.

      DATED this 18th day of November, 2021.

_____
Kathleen L. DeSoto
United States Magistrate Judge