IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PORTLAND GENERAL ELECTRIC COMPANY; AVISTA CORPORATION; PACIFICORP; and PUGET SOUND ENERGY, INC., <br><br> Plaintiffs, <br><br> vs. <br><br> NORTHWESTERN CORPORATION; TALEN MONTANA, LLC; AUSTIN KNUDSEN, in his official capacity as Attorney General for the State of Montana, <br><br> Defendants. | CV 21-47-BLG-SPW <br><br> ORDER |

Before the Court is a Motion for Entry of an Order Further Defining Terms and Scope of Preliminary Injunction Issued October 13, 2021, filed by Plaintiffs Portland General Electric Company *et al.* (Doc. 107). Plaintiffs request that the Court enter an order defining with more specificity the terms of its previously issued injunction, to ensure the injunction complies with the specificity requirements of Fed. R. Civ. P. 65(d)(1). Defendants Talen Montana and Austin Knudsen oppose the motion. The Court finds Plaintiffs' request appropriate and

1

defines, clarifies, and modifies the Court's previous injunction (Doc. 100) as follows:

1. Defendant Austin Knudsen is enjoined from enforcing Montana Code Annotated Title 30, Chapter 14, Part 27 (2021 Montana Laws Ch. 377; Senate Bill 266) ("the Act") against the PNW Owners concerning the coal-fired electrical generation units in Colstrip, Montana, including taking any steps to commence civil actions under the Act to enforce compliance with the Act; to seek temporary, preliminary, or permanent injunctive relief as provided in the Act; or to seek civil fines as provided in the Act.

2. The conduct enjoined as described in paragraph 1 shall pertain to purported violations of the Act that arise out of conduct or actions taken by any PNW Owners on or after January 1, 2021, including future conduct or actions taken by any PNW Owners after entry of the Order.

3. The Order shall remain in full force and effect pending further order by the Court or entry of final judgment in this action.

DATED this 17th day of December 2021.

Susan P. Watters
SUSAN P. WATTERS
United States District Judge