AUSTIN KNUDSEN
Montana Attorney General
KRISTIN HANSEN
  *Lieutenant General*
DAVID M.S. DEWHIRST
  *Solicitor General*
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Phone:  406-444-2026
Fax:  406-444-3549
david.dewhirst@mt.gov

EMILY JONES
  *Special Assistant Attorney General*
115 N. Broadway, Suite 410
Billings, MT  59101
Phone:  406-384-7990
emily@joneslawmt.com

*Counsel for Defendant Austin Knudsen*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PORTLAND GENERAL ELECTRIC COMPANY; AVISTA CORPORATION; PACIFICORP; and PUGET SOUND ENERGY, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NORTHWESTERN CORPORATION; TALEN MONTANA, LLC; AUSTIN KNUDSEN, in his official capacity as | CV-21-47-SPW-KLD <br><br><br> **DEFENDANT KNUDSEN'S NOTICE OF SUBSTITUTION OF COUNSEL** |

| Attorney General for the State of Montana. | |
|---|---|
| Defendants. | |

Defendant Austin Knudsen, in his official capacity as Attorney General for the State of Montana, hereby notifies this Court and the parties that Emily Jones, Special Assistant Attorney General, is substituted as counsel of record in place of Aislinn W. Brown.  Please submit all correspondence, pleadings, and general mail to Ms. Jones via ECF or at the following address and email:

> Emily Jones
> *Special Assistant Attorney General*
> Jones Law Firm, PLLC
> 115 N. Broadway, Suite 410
> Billings, MT  59101
> Telephone:  (406) 384-7990
> emily@joneslawmt.com

DATED this 25th day of January, 2022.

> AUSTIN KNUDSEN
> Montana Attorney General
>
> KRISTIN HANSEN
>  *Lieutenant General*
>
> DAVID M.S. DEWHIRST
>  *Solicitor General*
>
>  */s/ Emily Jones*
> EMILY JONES
>  *Special Assistant Attorney General*
> 115 N. Broadway, Suite 410
> Billings, MT  59101
> p. 406.384.7990
> emily@joneslawmt.com

## CERTIFICATE OF SERVICE

I certify that on this date, an accurate copy of the foregoing document was served electronically through the Court's CM/ECF system on registered counsel.

Dated: January 25, 2022               /s/ *Emily Jones*
                                      EMILY JONES