IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PORTLAND GENERAL ELECTRIC COMPANY, AVISTA CORPORATION, PACIFICORP, and PUGET SOUND ENERGY, INC.,<br><br>                  Plaintiffs,<br><br>vs.<br><br>NORTHWESTERN CORPORATION; TALEN MONTANA, LLC; AUSTIN KNUDSEN, in his official capacity as Attorney General for the State of Montana,<br><br>                  Defendants. | CV-21-47-BLG-SPW-KLD<br><br><br>ORDER |

      This case is scheduled for oral argument at 9:00 a.m. on April 26, 2022, at the Russell Smith Courthouse, 201 E. Broadway, in Missoula. (Doc. 162, at 3). Any attorneys or other representatives of the parties who will not be actively participating in the oral argument may listen to the argument on the Court's telephone conference line by following these instructions:

Dial 1-866-390-1828 at the time of the hearing.
When prompted, enter the access code 8447649 followed by #.

IT IS SO ORDERED.

DATED this 13th day of April, 2022.

_____
Kathleen L. DeSoto
United States Magistrate Judge