**Dallas DeLuca** (Admitted *Pro Hac Vice*)
DallasDeLuca@MarkowitzHerbold.com
**David B. Markowitz** (Admitted *Pro Hac Vice*)
DavidMarkowitz@MarkowitzHerbold.com
MARKOWITZ HERBOLD PC
1455 SW Broadway, Suite 1900
Portland, OR  97201
Ph: (503) 295-3085
Fax: (503) 323-9105

*Attorneys for Plaintiffs*
[additional counsel of record listed on signature page]

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| **PORTLAND GENERAL ELECTRIC COMPANY; AVISTA CORPORATION; PACIFICORP**; and **PUGET SOUND ENERGY, INC.**,<br><br>Plaintiffs,<br><br>v.<br><br>**NORTHWESTERN CORPORATION; TALEN MONTANA, LLC, AUSTIN KNUDSEN**, in his official capacity as Attorney General for the State of Montana<br><br>Defendants. | No. 1:21-cv-00047-BLG-SPW-KLD<br><br>**PLAINTIFF PORTLAND GENERAL ELECTRIC COMPANY'S AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

Page 1 -    PLAINTIFF PORTLAND GENERAL ELECTRIC COMPANY'S <u>AMENDED</u> RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Portland General Electric Company ("PGE") hereby states:

1. PGE has no parent corporation and is a publicly held company.

2. The Vanguard Group, Inc., is the only corporation that owns 10% or more of its stock.

3. PGE will supplement this disclosure as required by Rule 7.1 if this changes.

Dated this 5th day of May, 2022.

> MARKOWITZ HERBOLD PC
>
> *s/ Dallas DeLuca*
> Dallas DeLuca (Admitted *Pro Hac Vice*)
> David B. Markowitz (Admitted *Pro Hac Vice*)
> *Attorneys for Plaintiff Portland General Electric Company*
>
> HANSBERRY & JOURDONNAIS, PLLC
> Charles E. Hansberry
> Jenny M. Jourdonnais
> chuck@hjbusinesslaw.com
> jenny@hjbusinesslaw.com
> HANSBERRY & JOURDONNAIS, PLLC
> 2315 McDonald Avenue, Suite 210
> Missoula, MT 59801
> 406-203-1730
> Fax: 406-205-3170
> *Attorneys for Plaintiffs*

Page 2 -   PLAINTIFF PORTLAND GENERAL ELECTRIC COMPANY'S AMENDED RULE 7.1 CORPORATE DISCLOSURE STATEMENT

## CERTIFICATE OF SERVICE

I certify that on this date, an accurate copy of the foregoing document was served electronically through the Court's CM/ECF system on registered counsel.

DATED: May 5, 2022.

*s/ Dallas DeLuca*
Dallas DeLuca (admitted *Pro Hac Vice*)
*Attorneys for Plaintiff Portland General Electric Company*

1285740

**CERTIFICATE OF SERVICE**