Charles E. Hansbury
Jenny M. Jourdonnais
HANSBERRY & JOURDONNAIS, PLLC
2315 McDonald Avenue, Suite 210
Missoula, MT 59801
chuck@hjbusinesslaw.com
jenny@hjbusinesslaw.com
Phone:  406-203-1730
Fax:  406-205-3170

*Attorneys for Plaintiffs*
[additional counsel on signature page]

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PORTLAND GENERAL ELECTRIC COMPANY, AVISTA CORPORATION; PACIFICORP, and PUGET SOUND ENERGY, INC., <br><br> Plaintiffs, <br><br> -vs- <br><br> NORTHWESTERN CORPORATION; TALEN MONTANA, LLC; AUSTIN KNUDSEN, in his official capacity as Attorney General for the State of Montana, <br><br> Defendants. | Case No. 1:21-cv-00047-BLG-SPW-KLD <br><br> **STIPULATION REGARDING ARBITRATION PROCEDURES AND PENDING MOTIONS** |

The following parties, Portland General Electric Company, Avista Corporation, PacifiCorp, Puget Sound Energy, Inc., NorthWestern Corporation and Talen Montana, LLC (collectively the "Colstrip Parties"), by their respective

**STIPULATION REGARDING ARBITRATION PROCEDURES
AND PENDING MOTIONS**

1

counsel and pursuant to the Court's Order dated September 2, 2022 (Doc. 188), hereby stipulate as follows:

1. The Colstrip Parties hereby stipulate to engage in arbitration pursuant to the Stipulation and Order Resolving PNW Owners' Lift Stay Motion and Establishing Terms on Which the Automatic Stay is Lifted with Respect to the Montana Lawsuit and Arbitration (Doc. 184) (hereinafter the "Bankruptcy Stipulation"). The Colstrip Parties request an order adopting paragraphs 2-7 of the Bankruptcy Stipulation as an Order of this Court.

2. The Colstrip Parties further stipulate and agree that this Court shall retain supervisory jurisdiction over the arbitration proceedings under the Federal Arbitration Act 9 U.S.C. §1 et seq.

3. In addition to the above stipulations, the Colstrip Parties have conferred and also stipulate to the following:

    a. That the arbitration shall proceed and be conducted under the Federal Arbitration Act, 9 U.S.C. §1 et al..

    b. That Montana law shall govern substantive issues in the arbitration and the outcome shall be decided applying Montana law.

    c. That the arbitration will be administered by the Judicial Arbitration and Mediation Services ("JAMS"). Procedure

        for conducting the arbitration will be governed by JAMS Comprehensive Arbitration Rules & Procedures, except where modified by the Arbitrator(s).

        d.   Absent exigent circumstances, the arbitration will take place in person before the Arbitrator(s).

4.    The Colstrip Parties advise the Court that they have not reached agreement as to the venue for such arbitration.

5.    The Colstrip Parties agree that arbitration procedures, including the necessity and scope of discovery and expert witnesses, will be decided by the arbitrator(s).

6.    The Colstrip Parties stipulate that their agreement to engage in arbitration does not eliminate the need for a ruling on the Plaintiffs' Motion for Partial Summary Judgment Regarding Their Fourth and Fifth Claims for Relief on Montana Senate Bill 266 (Doc. 102).  That motion has been fully briefed and is ripe for a ruling.

7.    The Colstrip Parties do not have a stipulation concerning the Court's question in its September 2, 2022, Order (Doc. 188) whether the Bankruptcy Court's recent Stipulation and Order (attached to Doc. 184) moots Plaintiffs' Motion for Partial Summary Judgment challenging Montana Senate Bill 265 (Doc. 88).  Portland General Electric Company, Avista Corporation, PacifiCorp, and

**STIPULATION REGARDING ARBITRATION PROCEDURES
AND PENDING MOTIONS**

Puget Sound Energy, Inc., take the position that the motion is not moot and should be decided on the current briefing. NorthWestern Corporation takes the position the Court should decide whether the motion is moot. Talen Montana LLC disagrees and takes the position that the motion is moot.

8. The Colstrip Parties do not have a stipulation concerning whether the Bankruptcy Court's recent Stipulation and Order (attached to Doc. 184) moots NorthWestern Corporation's Motion to Compel Arbitration and Appoint a Magistrate to Oversee Arbitration Procedure Negotiations (Doc. 120). NorthWestern Corporation takes the position that its motion requesting the appointment of a magistrate judge or special master is not moot until the Colstrip Parties have resolved all issues regarding arbitration procedures. Talen Montana LLC disagrees and takes the position that it is moot. Plaintiffs take no position on mootness of that motion.

9. Talen Montana LLC has contacted the State of Montana regarding this Stipulation and the State has represented that it takes no position.

DATED this 9th day of September, 2022.

                                            /s/ Charles E. Hansberry
                                            HANSBERRY & JOURDONNAIS, PLLC
                                            Charles E. Hansberry
                                            Jenny M. Jourdonnais

**STIPULATION REGARDING ARBITRATION PROCEDURES AND PENDING MOTIONS**

2315 McDonald Avenue
Suite 210
Missoula, MT 59801
406-203-1730
Fax: 406-205-3170
*Attorneys for Plaintiffs*

/s/ Dallas DeLuca
MARKOWITZ HERBOLD PC
Dallas DeLuca
David B. Markowitz
DallasDeLuca@MarkowitzHerbold.com
1455 SW Broadway, Suite 1900
Portland, OR 97201 Ph: (503) 295-3085
Fax: (503) 323-9105
*Attorneys for Plaintiff Portland General Electric Company*

/s/ Gary M. Zadick
UGRIN ALEXANDER ZADICK, P.C.
Gary M. Zadick
#2 Railroad Square, Suite B
PO Box 1746
Great Falls, MT 59403
Ph: (406) 771-0007
Fax: (406) 452-9360
*Attorneys for Plaintiff Portland General Electric Company*

/s/ Harry H. Schneider, Jr.
PERKINS COIE LLP
Harry H. Schneider, Jr.
Jeffrey M. Hanson
Gregory F. Miller
1201 Third Avenue, Suite 4900
Seattle, WA 98101
Ph: (206) 359-8000
Fax: (206) 359-9000
*Attorneys for Plaintiff Puget Sound Energy,*

**STIPULATION REGARDING ARBITRATION PROCEDURES
AND PENDING MOTIONS**

5

*Inc.*

*/s/ William J. Schroeder*
KSB LITIGATION P.S.
William J. Schroeder
510 W Riverside, Suite 300
Spokane, WA 99201
Ph:  (509) 624-8988
Fax:  (509) 474-0358
*Attorneys for Plaintiff Avista Corporation.*

*/s/ Michael G. Andrea*
AVISTA CORPORATION
Michael G. Andrea
1411 W. Mission Ave.
MSC-17 Spokane, WA 99202
Ph:  (509) 495-2564
Fax:  (509) 777-5468
*Attorney for Plaintiff Avista Corporation.*

*/s/ Troy Greenfield*
SCHWABE WILLIAMSON & WYATT
Troy Greenfield
Connie Sue Martin
S Bank Centre
1420 Fifth Avenue, Suite 3400
Seattle, WA 98101
Ph:  (206) 407-1581
Fax:  (206) 292-0460
*Attorneys for Plaintiff PacifiCorp.*

*/s/ Robert L Sterup*
BROWN LAW FIRM, P.C.
Robert L Sterup
315 North 24th Street
Billings, Montana 59101
Ph:  (406) 248-2611
Fax:  (406) 248-3128

**STIPULATION REGARDING ARBITRATION PROCEDURES AND PENDING MOTIONS**

*Attorneys for Defendant Talen Montana, LLC*

*/s/ J. David Jackson*
DORSEY & WHITNEY LLP
J. David Jackson
Dorsey & Whitney LLP
50 South 6th Street, Suite 1500
Minneapolis, MN 55402-1498
Ph: (612) 340-2600

Steve Bell
125 Bank Street, Suite 600
Missoula, MT 59802-4407
Ph: (406) 721-6025
*Attorneys for Defendant Northwestern Corporation*

**STIPULATION REGARDING ARBITRATION PROCEDURES AND PENDING MOTIONS**