AUSTIN KNUDSEN
Montana Attorney General

Christian B. Corrigan
  *Solicitor General*
MONTANA DEPARTMENT OF JUSTICE
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Tel: (406) 444-2026
christian.corrigan@mt.gov

EMILY JONES
  *Special Assistant Attorney General*
Jones Law Firm, PLLC
115 N. Broadway, Suite 410
Billings, MT 59101
Phone:  406-384-7990
emily@joneslawmt.com

*Counsel for Defendant Austin Knudsen*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA, BILLINGS DIVISION

| | |
|---|---|
| PORTLAND GENERAL ELECTRIC COMPANY, ET AL., <br><br>            PLAINTIFFS, <br><br>         V. <br><br> NORTHWESTERN CORPORATION; TALEN MONTANA, LLC; AUSTIN KNUDSEN, IN HIS OFFICIAL CAPACITY AS ATTORNEY GENERAL FOR THE STATE OF MONTANA, <br><br>            DEFENDANTS. | CV-21-47-SPW-KLD <br><br><br><br><br> **NOTICE OF APPEARANCE OF COUNSEL** |

NOTICE OF APPEARANCE OF COUNSEL | 1

Defendant State of Montana hereby notifies this Court and the parties that Christian B. Corrigan, Solicitor General, enters his notice of appearance as counsel of record on behalf of Defendant Austin Knudsen, in his Official Capacity as Attorney General for the State of Montana in this matter. Emily Jones remains counsel of record for the State.

DATED this 29th day of November, 2022.

/s/ *Christian B. Corrigan*

AUSTIN KNUDSEN
Montana Attorney General

Christian B. Corrigan
  *Solicitor General*

MONTANA DEPARTMENT OF JUSTICE
215 North Sanders
P.O. Box 201401
Helena, MT 59620-1401
Tel: (406) 444-2026
christian.corrigan@mt.gov

EMILY JONES
  *Special Assistant Attorney General*
Jones Law Firm, PLLC
115 N. Broadway, Suite 410
Billings, MT 59101
Phone: 406-384-7990
emily@joneslawmt.com

*Counsel for Defendant Austin Knudsen*