IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PORTLAND ELECTRIC COMPANY, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> NORTHWESTERN CORPORATION, et al., <br><br> Defendants. | CV-21-47-BLG-SPW-KLD <br><br><br> **AMENDED ORDER** |

United States Magistrate Judge has referred this case to the undersigned for the purpose of conducting a settlement conference on the issue of attorney fees and costs of Pacific Northwest Owners and Austin Knudsen.

Accordingly, IT IS HEREBY ORDERED:

1. The undersigned will conduct a settlement conference in this matter at **10:00 a.m. on March 20, 2023**, at the Mike Mansfield Federal Courthouse, Butte, Montana. The parties appearing in person will report to the Clerk of Court's Office for the location of the settlement conference.

The following participants will appear by Zoom: Jeff Hanson, Puget Sound Energy (PGE) outside counsel; Carolyn Walker, PGE client representative and assistant general counsel; Richard Garlish, PacifiCorp client representative; Michael Andrea, Avista in-house counsel and client representative; and Emily Jones on behalf of the Attorney General, Austin Knudsen. All parties appearing by Zoom are responsible for their Zoom appearances. All other parties or participants wishing to appear by Zoom will need to file a motion.

2. It is the responsibility of counsel to ensure that a person with ultimate settlement authority attends the settlement conference. Such person must participate in the settlement conference in good faith. L.R. 16.5(b)(4)(A). The failure to participate in good faith may result in the imposition of sanctions against the offending party. L.R. 16.5(b)(4)(B).

3. Each party shall submit a confidential settlement statement to the undersigned on or before 12:00 p.m. on **March 13, 2023.** The settlement statement should be in letter form and not exceed 10 pages, including attachments. The settlement statement must set forth: 1) a brief factual outline of the case; 2) a brief discussion of any unique legal issues present in the case; 3) a candid discussion of the strengths and weaknesses of your client's position; 4) the history of settlement negotiations; and 5) the name and position of the person(s) who will be attending

the settlement conference with ultimate settlement authority. The parties need not repeat matters discussed in their preliminary pretrial statements. The parties shall submit their settlement statements to the undersigned via email addressed to **sara_luoma@mtd.uscourts.gov.**

    4.    The settlement statements shall remain confidential. The settlement statements will not be exchanged among the parties, and they will not become part of the formal court record. The Court will destroy the settlement statements after the settlement conference.

    DATED this 25th day of January, 2023.

John Johnston
United States Magistrate Judge