Charles E. Hansberry
Jenny M. Jourdonnais
HANSBERRY & JOURDONNAIS, PLLC
2315 McDonald Avenue, Suite 210
Missoula, MT 59801
chuck@hjbusinesslaw.com
jenny@hjbusinesslaw.com
Phone:  406-203-1730
Fax:  406-205-3170

*Attorneys for Plaintiffs*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION**

| | |
|---|---|
| **PORTLAND GENERAL ELECTRIC COMPANY, AVISTA CORPORATION, PACIFICORP**, and **PUGET SOUND ENERGY, INC.**,<br><br>Plaintiffs,<br><br>v.<br><br>**NORTHWESTERN CORPORATION; TALEN MONTANA, LLC; AUSTIN KNUDSEN**, in his official capacity as Attorney General for the State of Montana,<br><br>Defendants. | Case No. 1:21-cv-00047-BLG-SPW-KLD<br><br>**UNOPPOSED MOTION TO AMEND AMENDED ORDER RE: SETTLEMENT CONFERENCE AND FOR LEAVE TO APPEAR AT SETTLEMENT CONFERENCE VIA ZOOM** |

Plaintiffs PacifiCorp, Portland General Electric Company ("PGE"), and Puget Sound Energy, Inc. ("PSE") jointly move to amend the Amended Order Re: Settlement Conference (Dkt. 205) and for leave of certain party representatives to appear at the March 20, 2023 Settlement Conference via Zoom.

**Page 1 -  UNOPPOSED MOTION TO AMEND AND FOR LEAVE**

Amended Order Re: Settlement Conference (Dkt. 205) set the date and time for the parties' Settlement Conference, and authorized certain party representatives to appear by Zoom:

> The following participants will appear by Zoom: Jeff Hanson, Puget Sound Energy (PSE) outside counsel; Carolyn Walker, PGE client representative and assistant general counsel; Richard Garlish, PacifiCorp client representative; Michael Andrea, Avista in-house counsel and client representative; and Emily Jones on behalf of the Attorney General, Austin Knudsen. All parties appearing by Zoom are responsible for their Zoom appearances. All other parties or participants wishing to appear by Zoom will need to file a motion.

Due to scheduling and availability issues, certain of the party representatives now wish to appear via Zoom, while another who had received authorization to appear by Zoom will now be present at the courthouse, and there have been changes in the party representatives with ultimate settlement authority who will appear.  The parties seek the Court's approval of the following:

1. Steve Secrist, PSE client representative, seeks leave to appear via Zoom;

2. Connie Sue Martin, outside counsel for PacifiCorp, seeks leave to appear via Zoom;

3. Richard Garlish was identified as the PacifiCorp client representative, and authorized to appear via Zoom.  John Hutchings will appear as the PacifiCorp client representative instead and seeks leave to appear via Zoom as Mr. Garlish would have appeared;

**Page 2 -  UNOPPOSED MOTION TO AMEND AND FOR LEAVE**

4. Jeff Hanson, PSE outside counsel, was authorized to appear via Zoom. Instead, Mr. Hanson will be present in the courthouse.

The parties respectfully request that the Court approve these amendments to the Amended Order Re: Settlement Conference (Dkt. 205) and authorize Mr. Secrist, Ms. Martin, and John Hutchings to appear via Zoom.

Emily Jones, counsel for Austen Knudsen does not oppose the motion.

DATED: March 13, 2022

HANSBERRY & JOURDONNAIS, PLLC

 s/ Jenny M. Jourdonnais
Charles E. Hansberry
Jenny M. Jourdonnais
*Attorneys for Plaintiffs PacifiCorp, Portland General Electric Company, and Puget Sound Energy, Inc.*

Page 3 -  UNOPPOSED MOTION TO AMEND AND FOR LEAVE

## CERTIFICATE OF SERVICE

I certify that on this date, an accurate copy of the foregoing document was served electronically through the Court's CM/ECF system on registered counsel.

DATED: March 13, 2023

                        HANSBERRY & JOURDONNAIS, PLLC
                        s/ Jenny M. Jourdonnais
                        Charles E. Hansberry
                        Jenny M. Jourdonnais