IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA, BILLINGS DIVISION

| | |
|---|---|
| **PORTLAND GENERAL ELECTRIC COMPANY, AVISTA CORPORATION, PACIFICORP**, and **PUGET SOUND ENERGY, INC.**,<br><br>Plaintiffs,<br><br>v.<br><br>**NORTHWESTERN CORPORATION; TALEN MONTANA, LLC; AUSTIN KNUDSEN**, in his official capacity as Attorney General for the State of Montana,<br><br>Defendants. | Case No. 1:21-cv-00047-BLG-SPW-KLD<br><br>**[Proposed] ORDER ON UNOPPOSED MOTION TO AMEND AMENDED ORDER RE: SETTLEMENT CONFERENCE AND FOR LEAVE TO APPEAR AT SETTLEMENT CONFERENCE VIA ZOOM** |

Pursuant to Plaintiffs PacifiCorp, Portland General Electric Company ("PGE"), and Puget Sound Energy, Inc. ("PSE") unopposed motion to amend the Amended Order Re: Settlement Conference (Dkt. 205) and for leave of certain party representatives to appear at the March 20, 2023 Settlement Conference via Zoom, and good cause appearing,

**IT IS HEREBY ORDERED** that the motion is granted and Mr. Secrist, Ms. Martin, and Mr. Hutchings are hereby authorized to appear via Zoom at the March 20, 2023 Settlement Conference.

DATED this \_\_\_\_ day of March, 2023.

_____
John Johnston
United States Magistrate Judge