UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| PORTLAND GENERAL ELECTRIC CO., et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NORTHWESTERN CORPORATION; TALEN MONTANA LLC; AUSTIN KNUDSEN, in his Official Capacity as Attorney General for the State of Montana,<br><br>Defendants. | CV-21-47-BLG-SPW-KLD<br><br>**ORDER** |

Upon consideration of the parties' Stipulation for Dismissal (Doc. 212), by and between their counsel of record, and for good cause shown,

IT IS HEREBY ORDERED that the attorneys' fee issue in the above-entitled case is hereby **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to notify the parties of the making of this Order.

DATED this 8th day of June, 2023.

SUSAN P. WATTERS
United States District Judge